JANICE BANKS FLETCHER
49 TRILLIUM
HATTIESBURG, MS 39402

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

1ST FRANKLIN
6335 HIGHWAY 49
HATTIESBURG, MS 39401

AMEX
PO BOX 297871
FORT LAUDERDA, FL 33329

CITI CARD
PO BOX 790040
ST LOUIS, MO 36179

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 30943
SALT LAKE CITY, UT 84130

H&R BLOCK
ATTN: BANKRUPTCY
PO BOX 30674
SALT LAKE CITY, UT 84130

LAB CORP OF AMERICA
P.O. BOX 2240
BURLINGTON, NC 27216

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MERIT HEALTH WESLEY
5001 HARDY ST
HATTIESBURG, MS 39402

NATHAN & NATHAN PC
P.O. BOX 1715
BIRMINGHAM, AL 35201

ONE MAIN
PO BOX 740594
CINCINNATI, OH 45274

REPUBLIC FINANCE
ATTN: BANKRUPTCY
7031 COMMERCE CIRCLE
BATON ROUGE, LA 70809

ROSS
3095 LOYALTY CIR
COLUMBUS, OH 43219

RURAL HEALTH
PO BOX 1729
HATTIESBURG, MS 39403

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

TONY FLETCHER
49 TRILLIUM
HATTIESBURG, MS 39402

UPLIFT, INC.
ATTN: BANKRUPTCY
275 BATTERY STREET
SAN FRANCISCO, CA 94111

WESLEY PHYSICIAN SERV
P.O. BOX 14099
BELFAST, ME 04915

WOMEN HEALTH CENTER
62 OLD AIRPORT RD
HATTIESBURG, MS 39401

ZARZAUR & SCHWARTZ PC
P.O. BOX 11366
BIRMINGHAM, AL 35202