Certificate Number: 05781-MSS-DE-041516665

Bankruptcy Case Number: 26-51407

05781-MSS-DE-041516665

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 2, 2026, at 9:41 o'clock PM PDT, Janice Fletcher completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: October 2, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President